# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

**CYNTHIA MASSICOTTE, ET AL**          **CIVIL DOCKET NO. 6:22-CV-00164**

**VERSUS**                            **JUDGE DAVID C. JOSEPH**

**STATE FARM FIRE & CASUALTY**         **MAGISTRATE JUDGE CAROL B.**
**COMPANY**                            **WHITEHURST**

## ORDER

Before the Court is a JOINT MOTION TO TRANSFER VENUE (the "Motion") [Doc. 17], filed by Plaintiffs, Cynthia Massicotte, Evelyn Sellers, Kenneth Aucoin and Sandra Savant, and Defendant, State Farm Fire & Casualty Company. All parties have consented to a transfer of venue to the United States District Court for the Eastern District of Louisiana. Plaintiffs request the transfer pursuant to 28 U.S.C. § 1404(a). ("[A] district court may transfer any civil action to any other district or division where it might have been brought …").

This case involves property damage from Hurricane Ida. This action was originally filed in United States District Court for the Western District of Louisiana, Lafayette Division, because counsel believed the property at issue was located in Morgan City, Louisiana (which lies within St. Mary Parish). Plaintiffs' counsel subsequently discovered that the physical location of the Plaintiffs' property actually lies within Assumption Parish, which falls within the Eastern District of Louisiana.

Having considered the argument and authority cited by the parties, the Court finds that the Western District of Louisiana is an improper venue to litigate this matter. The Court further finds that venue is proper in the Eastern District of

Louisiana, as the property at issue is located within that district.  *See* 28 U.S.C. § 1391(b)(2) ("A civil action may be brought in a judicial district in which … a substantial part of property that is subject to the action is situated").

Accordingly,

IT IS HEREBY ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the above-captioned matter is TRANSFERRED to the United States District Court for the Eastern District of Louisiana.

THUS, DONE AND SIGNED in Chambers on this 7th day of April 2022.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE